455 A.2d 204

Commonwealth v. Radogna, Appellant.
Petition for Allowance of Appeal
Denied May 16, 1983.

Submitted January 6, 1982. Bohdan J. Zelechiwsky, for appellant; James J. Narlesky, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, CAVANAUGH and MONTEMURO, JJ.

Order affirmed.